**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

UNITED STATES OF AMERICA     *
                                  *
      v.                        *         CR 295-006
                                  *
NICHOLAS A. COLAVITO       *

**O R D E R**

Before the Court in the captioned case is Defendant Nicholas A. Colavito's motion for early termination of his five-year supervised release term. Defendant recently completed his fourth year of supervised release.

Defendant has served his supervised release period under the supervision of the United States Probation Office in the Middle District of Florida. He has been highly compliant and has maintained full employment. The Government has filed no opposition or response, and his supervising probation officer has recommended the termination of his supervised release.

Upon due consideration, **IT IS ORDERED** that Defendant's motion (doc. 266) is **GRANTED** and Nicholas A. Colavito is discharged from his term of supervised release upon entry of this Order. The Clerk is directed to send a copy of this Order to Ms. Johanna Perez, United States Probation Office, 300 North Hogan Street, Suite 6-350, Jacksonville, FL 32202.

**ORDER ENTERED** at Augusta, Georgia, this 6th day of October, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA